UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CONSTRUCTION & GENERAL BUILDING
LABORERS' LOCAL 79,

           Petitioner,

- against -

J&N CONSTRUCTION GROUP CORP,

           Respondent.

24-cv-4523 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

A petition to confirm an arbitration award has been filed with this Court. The petitioner shall serve and file any memorandum of law in support of its petition by **July 12, 2024**.

The respondent shall serve and file papers in response to the petition by **August 2, 2024**.

The petitioner shall serve and file any reply papers by **August 23, 2024**.

The Court will contact the parties in the action shortly thereafter regarding oral argument. The petitioners are directed to serve a copy of this Order along with the petition on the respondent, immediately upon receipt of this Order.

SO ORDERED.

Dated:    New York, New York
            June 28, 2024

                                            John G. Koeltl
                                    United States District Judge